513 A.2d 1380

**Mary C. HOLLMAN, Petitioner,**

v.

**Wade Power HOLLMAN, Respondent,**

v.

**UNITED STATES STEEL AND CARNEGIE PENSION FUND.**

Supreme Court of Pennsylvania.

Aug. 20, 1986.

Petition for Allowance of Appeal GRANTED, Nos. 58 and 59 W.D. Appeal Docket 1986.